IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 24-CR-3051-1 |
| vs. | ) | |
| DAVID WILCOX, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

The United States of America requests permission to file Exhibit 1 to its Notice and Suggestion of Death of David Wilcox under seal. The exhibit is a police report that should be sealed for privacy reasons.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By, */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 Seventh Avenue, SE, Box 1
Cedar Rapids, IA  52401
319-363-6333
319-363-1990 (Fax)
Tim.Vavricek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ TLV*